# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SALVEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRONSHORE INDEMNITY, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00977-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: MARCH 28, 2018 |

On February 8, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before March 28, 2018.

IT IS SO ORDERED.

Dated:　**February 9, 2018**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1