# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES SALVEN, | Case No. 1:17-cv-00977-SAB |
|---|---|
| Plaintiff, | ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | DEADLINE: JUNE 6, 2018 |
| IRONSHORE INDEMNITY, INC., | |
| Defendant. | |

On February 9, 2018, the Court ordered the parties to file dispositional documents by March 28, 2018. (ECF No. 15.) On March 28, 2018, Plaintiff's counsel filed a declaration requesting an extension of time to file dispositional documents. (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents on or before June 6, 2018.

IT IS SO ORDERED.

Dated: **March 29, 2018**

UNITED STATES MAGISTRATE JUDGE

1