# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SALVEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRONSHORE INDEMNITY, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00977-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 18) |

This action was filed on July 20, 2017. (ECF No. 1.) On June 6, 218, a stipulation was filed to dismiss this action with prejudice. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**June 7, 2018**__

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
UNITED STATES MAGISTRATE JUDGE

1